The Honorable William S. Stickman
United States District Judge
United States District Court
Western District of Pennsylvania

Re: *The United States of America v. Dylan Weyandt, NO: 0315 2:25CR000084-001*

## I. INTRODUCTION

This sentencing mitigation report is prepared by Malikeya Khantrece at the request by and through Mr. Weyandt's counsel, Patrick Nightingale, Esquire. It is intended to present a social history and context for Dylan Weyandt to assist the Court in crafting a sentence that reflects his background, capacity for rehabilitation, and mitigating circumstances. It is based on primary documentation, family statements, interviews with family members & Mr. Weyandt, as well as his own reflections. The report adopts a holistic, trauma-informed lens to understand the intersection of developmental vulnerabilities, social history, and environmental circumstances that contributed to his offense.

## II. MITIGATION

When we speak about mitigation, we are not asking the Court to ignore harm, excuse conduct, or minimize accountability. Rather, mitigation asks the Court to fully understand the human being standing before it not simply the offense conduct in isolation, but the life, struggles, losses, impairments, and circumstances that shaped that person long before the offense ever occurred.

Mr. Dylan Weyandt's history reflects years of untreated anxiety, emotional instability, developmental struggles, chronic self-medication, and prolonged substance abuse beginning in his adolescence which is a critical stage of neurological development. In adolescence the brain is still forming its capacity for judgment, emotional regulation, impulse control, and decision-making (Casey et al., 2008; Steinberg, 2010).

The available records and collateral information suggest that Mr. Weyandt did not suddenly become impaired or emotionally dysregulated in adulthood. Rather, his functioning appears to have deteriorated gradually across years of developmental vulnerability, emotional distress, substance dependence, unhealthy coping mechanisms, and unresolved mental health struggles. Understanding this context does not excuse the conduct before the Court. It does, however, help explain how someone arrives at a place where their judgment, coping abilities, emotional regulation, and behavioral functioning become profoundly compromised over time.

## III. THE EARLY DAYS

From early childhood, Mr. Weyandt appears to have struggled in ways that likely affected both his emotional development and sense of self. He reportedly required speech therapy services and educational accommodations accordingly. Children who experience developmental and educational struggles often internalize feelings of frustration, insecurity, embarrassment, and inadequacy at a very young age (Shonkoff et al., 2012).

The available collateral information also reflects significant instability and stress within the family system. His mother reportedly worked extensive hours while attempting to raise three children as a single parent, often managing behavioral concerns, school difficulties, and the pressures of economic survival simultaneously. Over time, caregiving responsibilities shifted, and Mr. Weyandt eventually spent his late teenage years living with his father and stepmother, Mr. and Mrs. Eugene Weyandt.

Research consistently demonstrates that prolonged childhood stress and instability can significantly affect emotional development and neurological functioning, particularly in areas responsible for emotional regulation, stress tolerance, executive functioning, and impulse control (Teicher & Samson, 2016). Childhood adversity and chronic stress exposure are associated with measurable neurobiological changes that can affect emotional functioning well into adulthood (Shonkoff et al., 2012). While these experiences do not predetermine criminal behavior, they can leave young people emotionally vulnerable and poorly equipped to cope with distress in healthy ways.

## IV. ATTEMPTS TO MANAGE ANXIETY & PAIN

Collateral information reflects that anxiety has been a longstanding issue throughout Mr. Weyandt's life. Family members described someone who struggled emotionally long before his arrest, and who later received medications including Buspirone and Vistaril for anxiety symptoms. What becomes clear throughout the available history is that Mr. Weyandt never truly developed healthy emotional coping mechanisms. Rather than learning how to process fear, stress, shame, insecurity, or emotional pain in productive ways, substances gradually became the primary way he attempted to manage those feelings.

Scientific literature consistently demonstrates that untreated anxiety disorders are strongly associated with increased vulnerability to substance misuse, maladaptive coping, emotional impulsivity, and impaired decision-making (Volkow et al., 2021). Individuals suffering from chronic anxiety frequently attempt to self-medicate through alcohol, marijuana, opioids, and other substances to temporarily reduce emotional distress. Family members also described someone who feared hospitals and medical settings and who often avoided treatment. Instead of receiving structured mental health care, emotional support, or long-term therapeutic intervention, Mr. Weyandt increasingly turned toward self-medication. Over time, substances appear to have become less about recreation and more about emotional survival.

## V. SUBSTANCE USE AND BRAIN DEVELOPMENT

Mr. Weyandt reportedly began using marijuana at approximately age thirteen. By adolescence, he reports using it daily. His alcohol use began around age fifteen and escalated into heavy intoxication and blackout-level drinking during late adolescence. Over time, his substance use expanded to include LSD, psilocybin mushrooms, cocaine, ecstasy/molly, Adderall, Percocet, and other substances quite regularly, for years.

The timing of this substance exposure is critically important. Modern neuroscience has firmly established that the adolescent brain continues developing into approximately the mid-twenties, particularly within the prefrontal cortex, the area responsible for judgment, behavioral inhibition, emotional regulation, planning, and consequence evaluation (Casey et al., 2008; Steinberg, 2010). At the same time, adolescents are neurologically more vulnerable to sensation-seeking, impulsivity, peer influence, and reward-driven behaviors (Steinberg,

2010). Repeated exposure to psychoactive substances during this developmental period can significantly interfere with those neurological processes.

Research demonstrates that chronic adolescent substance exposure is associated with:

- impaired executive functioning,
- emotional dysregulation,
- diminished behavioral inhibition,
- impulsivity,
- poor judgment,
- and distorted reward processing (Squeglia et al., 2009; Volkow et al., 2014).

Research involving chronic cannabis exposure specifically demonstrates that prolonged adolescent marijuana use may impair attention, working memory, emotional processing, and executive functioning while disrupting normal neurodevelopmental maturation (Lubman et al., 2015). For Mr. Weyandt, substance use appears to have become deeply intertwined with his emotional functioning and identity development. Rather than learning healthy ways to regulate stress, discomfort, loneliness, or anxiety, substances became the mechanism through which he coped with life itself.

## VI. ESCALATION & DEPENDANCY

The available information reflects a gradual but meaningful progression from adolescent experimentation into chronic and increasingly harmful patterns of dependence.

Marijuana reportedly became a daily coping mechanism. Alcohol use escalated into blackouts. Psychedelic substances and stimulants became normalized within his peer environment. Later, after suffering a back injury, Mr. Weyandt reportedly began using Percocet after discovering it alleviated not only physical pain, but emotional pain as well. Importantly, addiction rarely develops because someone simply wants to get high. More often, addiction develops because substances temporarily relieve something else: fear, shame, anxiety, loneliness, insecurity, trauma, emotional emptiness, or psychological pain (Volkow et al., 2021). Over time, prolonged substance dependence can fundamentally alter a person's emotional and neurological functioning. Addiction neuroscience demonstrates that chronic substance abuse impairs executive functioning, narrows emotional flexibility, increases compulsive behavior patterns, weakens judgment, and diminishes a person's ability to respond to stress in healthy ways (2021). Research also demonstrates that heavy adolescent alcohol exposure can interfere with white matter development and behavioral inhibition systems critical for emotional regulation and judgment (Crews et al., 2007).

Again, *none of this excuses criminal conduct*. However, it does help explain how someone's functioning can deteriorate over years of unresolved emotional pain, untreated anxiety, and chronic substance dependence.

## VII. RELATIVE TO THE OFFENSE

The available information suggests that the offense conduct occurred within the broader context of longstanding emotional deterioration, untreated anxiety, developmental vulnerability, chronic maladaptive coping, and prolonged polysubstance dependence.

Mitigation does not ask the Court to ignore accountability. It asks the Court to understand the full human context surrounding the conduct. By the time of the offenses, Mr. Weyandt's longstanding struggles with anxiety, emotional dysregulation, poor coping skills, and chronic substance abuse had compounded over many years. These cumulative impairments likely significantly affected his judgment, impulse control, emotional regulation, and decision-making abilities. Importantly, the available information does not presently provide sufficient clinical clarity regarding the underlying motivations for the offense conduct itself.

## VIII. HUMANITY AND REHABILITATION POTENTIAL

Despite the seriousness of the allegations, the information gathered also reflects that Mr. Weyandt remains more than the worst decisions of his life. Family members continue carrying profound grief, shame, confusion, and emotional pain surrounding both his absence and the nature of the allegations. His grandmother reportedly continues asking where he is, while loved ones struggle emotionally with how to answer those questions. And yet, despite everything, his family continues maintaining contact and visitation. That matters.

It reflects that the people who know him best still see humanity in him. Mr. Weyandt has also reportedly expressed interest in vocational training, warehouse employment, culinary education, certifications, and rehabilitative programming. These are meaningful indicators of rehabilitation potential. They suggest that beneath years of emotional dysfunction, anxiety, addiction, and maladaptive coping remains a person still capable of structure, accountability, treatment engagement, and growth if provided meaningful intervention and support.

## IX. CONCLUSION

Mr. Weyandt's life reflects the cumulative effects of developmental vulnerability, chronic anxiety, emotional instability, and prolonged substance abuse beginning during adscence. Over time, these factors appear to have significantly impaired his judgment, coping abilities, emotional regulation, and behavioral functioning. Understanding these factors does not diminish the seriousness of the conduct before the Court. It does, however, provide critically important human context regarding how Mr. Weyandt arrived before the Court in his present circumstances.

Mitigation recognizes that people are shaped long before the moment of their offense conduct. Mr. Weyandt's history reflects years of untreated pain, maladaptive coping, emotional deterioration, anxiety, and addiction, but it also reflects the continuing possibility of treatment, accountability, rehabilitation, and change.

# References

Casey, B. J., Jones, R. M., & Hare, T. A. (2008). The adolescent brain. *Annals of the New York Academy of Sciences, 1124*(1), 111–126. https://doi.org/10.1196/annals.1440.010

Crews, F. T., He, J., & Hodge, C. (2007). Adolescent cortical development: A critical period of vulnerability for addiction. *Pharmacology, Biochemistry and Behavior, 86*(2), 189–199. https://doi.org/10.1016/j.pbb.2006.12.001

Lubman, D. I., Cheetham, A., & Yücel, M. (2015). Cannabis and adolescent brain development. *Pharmacology & Therapeutics, 148*, 1–16. https://doi.org/10.1016/j.pharmthera.2014.11.009

Shonkoff, J. P., Garner, A. S., et al. (2012). The lifelong effects of early childhood adversity and toxic stress. *Pediatrics, 129*(1), e232–e246. https://doi.org/10.1542/peds.2011-2663

Squeglia, L. M., Jacobus, J., & Tapert, S. F. (2009). The influence of substance use on adolescent brain development. *Clinical EEG and Neuroscience, 40*(1), 31–38. https://doi.org/10.1177/155005940904000110

Steinberg, L. (2010). A dual systems model of adolescent risk-taking. *Developmental Psychobiology, 52*(3), 216–224. https://doi.org/10.1002/dev.20445

Teicher, M. H., & Samson, J. A. (2016). Annual research review: Enduring neurobiological effects of childhood abuse and neglect. *Journal of Child Psychology and Psychiatry, 57*(3), 241–266. https://doi.org/10.1111/jcpp.12507

Volkow, N. D., Baler, R. D., Compton, W. M., & Weiss, S. R. B. (2014). Adverse health effects of marijuana use. *New England Journal of Medicine, 370*(23), 2219–2227. https://doi.org/10.1056/NEJMra1402309

Volkow, N. D., Baler, R. D., & Goldstein, R. Z. (2021). Addiction: Pulling at the neural threads of social behaviors. *Neuron, 109*(7), 1016–1031. https://doi.org/10.1016/j.neuron.2021.01.027